IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TIMOTHY I. MATHWICH,<br><br>Defendant. | ORDER FOR RESTITUTION<br><br>12-cr-070-wmc |

On February 12, 2013, defendant was sentenced to two concurrent 60-month terms of imprisonment in case number 12-CR-70. At the time of the sentencing hearing, restitution was unable to be determined, but the parties agree subsequent information has been received that makes an appropriate restitution determination possible. Based on the parties' agreement, and the record of the case as a whole,

IT IS ORDERED that:

1. The defendant pay restitution in the amount of $6,265,322.45 to the Clerk of Court for the Western District of Wisconsin as to counts one and two of the information. Of this total restitution amount, the defendant is to pay $5,220,387.69 jointly and severally with David R. Scholfield and Susan Brockman (as well as any others convicted in connection with the same fraudulent scheme); the remainder of the restitution, $1,044,934.76, is to be paid solely by the defendant.

2. Because the defendant does not have the economic resources to allow him to make full payment of restitution in the foreseeable future under any reasonable schedule

1

of payments; he is to begin making nominal payments of a minimum of $500 each month, beginning within 30 days of defendant's release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B).

3. No interest is to accrue on the unpaid portion of the restitution.
4. Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.
5. In all other respects, the judgment remains as entered on February 12, 2013.

Entered this 11th day of April, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge